IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| RESTORE ROBOTICS REPAIRS LLC,<br><br>              Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>              Defendant. | Civil Case No. 3:24-cv-444-MCR-ZCB |

## **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 11.1(C), Jeffrey L. Berhold hereby files his motion for leave to appear pro hac vice for the purpose of representing Plaintiff Restore Robotics Repairs LLC in the above-captioned case.

1. I reside and regularly practice law in the State of Georgia. I am a member in good standing of the State Bar of Georgia. I am attaching my certificate of good standing dated September 17, 2024. (Exhibit 1.)

2. My Attorney Admission Tutorial confirmation number is FLND15512153621814. In addition, I have reviewed the online CM/ECF Attorney User's Guide.

Respectfully submitted on September 18, 2024.

1

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800
jeff@berhold.com

**COUNSEL FOR PLAINTIFF**

2