**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| RESTORE ROBOTICS REPAIRS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>       Defendant. | Case No. 3:24cv444-MCR-ZCB |

## ORDER

Attorney Jeffrey L. Berhold has filed a Motion for Admission Pro Hac Vice, ECF No. 3, seeking leave to appear before this Court as counsel on behalf of Plaintiff. The motion demonstrates that Attorney Berhold is a member in good standing of the State Bar of Georgia as stated on the certificate of good standing dated within 30 days of the filing of the motion; has successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and has also paid the required admission fee. Having fully reviewed the matter, the Court finds the requirements of the Court's local rules satisfied, *see* N.D. Fla. Loc. R. 11.1(C), and the motion is due to be granted.

Accordingly:

1.       The Motion for Admission Pro Hac Vice, ECF No. 3, is **GRANTED**.

2. Attorney Jeffrey L. Berhold is admitted *pro hac vice* to represent the Plaintiff, pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** this 20th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**