# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant. | Civil Case No. 3:24-cv-444-MCR-ZCB |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 11.1(C), Andrew D. Lazerow hereby files his motion for leave to appear pro hac vice for the purpose of representing Defendant Intuitive Surgical, Inc. in the above-captioned case.

1. I regularly practice law in the District of Columbia. I am a member in good standing of the Court of Appeals of the District of Columbia. I am attaching my certificate of good standing dated November 7, 2022, hereto as **Exhibit 1**.

2. My Attorney Admission Tutorial confirmation number is FLND16491887726000. In addition, I hereby certify that I have completed the required CM/ECF tutorials.

Respectfully submitted on November 7, 2024.

*s/ Andrew D. Lazerow*
Andrew D. Lazerow
District of Columbia Bar No. 463431
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
alazerow@cov.com

Attorney for Defendant,
Intuitive Surgical, Inc.
