# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RESTORE ROBOTICS LLC,

                        Plaintiff,

v.                                 Civil Case No. 3:24-cv-444-MCR-ZCB

INTUITIVE SURGICAL, INC.,

                        Defendant.

## JOINT [PROPOSED] STIPULATION ON DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT (ECF NO. 1)

Pursuant to Local Rule 6.1, Plaintiff Restore Robotics LLC ("Restore") and Defendant Intuitive Surgical, Inc. ("Intuitive," and with Restore, the "Parties") stipulate as follows and respectfully request that the Court endorse this stipulation with an order setting the deadlines around Intuitive's response to the Complaint:

WHEREAS, on September 18, 2024, Restore filed the Complaint initiating this litigation (ECF No. 1);

WHEREAS, Intuitive agreed to waive service of the Complaint, and the Parties have now conferred on the date for Intuitive to answer, move or otherwise respond to the Complaint;

WHEREAS, the Parties have agreed, subject to the Court's approval, to the following schedule for Intuitive to answer, move, or otherwise response to the Complaint:

| Event | Proposed Date |
|---|---|
| Intuitive's Answer, Motion, or Response to the Complaint | December 9, 2024 |
| Plaintiff's Response, if any | January 13, 2025 |
| Intuitive's Reply, if any | February 3, 2025 |

NOW THEREFORE, Restore and Intuitive respectfully request that the Court enter the proposed briefing schedule set forth in the attached Proposed Order.

Dated: November 7, 2024

By: /s/Jeff Berhold

Jeffrey L. Berhold (*Pro Hac Vice*)
Georgia Bar No. 054682
**JEFFREY L. BERHOLD, P.C.**
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800
jeff@berhold.com

Attorney for *Plaintiff Restore Robotics LLC*

By: /s/Andrew Lazerow

Kenneth A. Gallo (*Pro Hac Vice Forthcoming*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Email: kgallo@paulweiss.com

William B. Michael (*Pro Hac Vice Forthcoming*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Email: wmichael@paulweiss.com

Andrew Lazerow (*Pro Hac Vice Pending*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Email: alazerow@cov.com

Attorneys for *Defendant Intuitive Surgical, Inc.*

# [PROPOSED] ORDER

**It is hereby ordered** that the following schedule shall apply with respect to Intuitive's answer, motion, or other response to the Complaint:

| Event | Proposed Date |
|---|---|
| Intuitive's Answer, Motion, or Response to the Complaint | December 9, 2024 |
| Plaintiff's Response, if any | January 13, 2025 |
| Intuitive's Reply, if any | February 3, 2025 |

**It is so ordered:**_____

**Dated:** _____, 2024

_____
The Honorable M. Casey Rodgers
United States District Court Judge