**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| RESTORE ROBOTICS REPAIRS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>      Defendant. | Case No. 3:24cv444-MCR-ZCB |

## ORDER

Attorney Andrew D. Lazerow has filed a Motion for Admission Pro Hac Vice, ECF No. 7, seeking leave to appear before this Court as counsel on behalf of Defendant. The motion demonstrates that Attorney Lazerow is a member in good standing of the District of Columbia Bar as stated on the certificate of good standing dated within 30 days of the filing of the motion; has successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and has also paid the required admission fee. Having fully reviewed the matter, the Court finds the requirements of the Court's local rules satisfied, *see* N.D. Fla. Loc. R. 11.1(C), and the motion is due to be granted.

Accordingly:

1. The Motion for Admission Pro Hac Vice, ECF No. 7, is **GRANTED**.

2. Attorney Andrew D. Lazerow is admitted *pro hac vice* to represent the Defendant, pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** this 12th day of November 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**