UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RESTORE ROBOTICS, LLC,

    Plaintiff,

v.

INTUITIVE SURGICAL, INC.,

    Defendant.

CASE NO. 3:24-cv-444-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   November 8, 2024

Motion/Pleadings: JOINT STIPULATION ON DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Filed by  Plaintiff & Defendant  on  November 7, 2024  Doc. # 8

 X  Stipulated   X   Joint Pleading
     Unopposed       Consented

                JESSICA J. LYUBLANOVITS
                CLERK OF COURT
                */s/ Patricia G. Romero*
                Deputy Clerk:   Patricia G. Romero

---

    On consideration, the requested relief is **GRANTED in part.** Defendant's deadline to respond to Plaintiffs' Complaint is extended to December 9, 2024, and Plaintiff's deadline to file any response in opposition is extended to January 13, 2025. A party may not file a reply without leave of Court. *See* N.D. Fla. Loc. R. 7.1(I).

    **DONE** and **ORDERED** this 12th day of November 2024.

                *M. Casey Rodgers*
                **M. CASEY RODGERS**
                **UNITED STATES DISTRICT JUDGE**