IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| RESTORE ROBOTICS REPAIRS LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant. | Case No. 3:24-cv-444-MCR-ZCB |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. Proc. 7.1, Plaintiff Restore Robotics LLC ("Restore") hereby files its disclosure statement identifying the following parent corporation: Parker Holding Group Inc.

No publicly held corporation owns 10% or more of Restore's stock.

Respectfully submitted on November 27, 2024.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800
jeff@berhold.com

**COUNSEL FOR PLAINTIFF**

Pursuant to Local Rule 5.1(F)(1)(a), a certificate of service is not required.