**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| RESTORE ROBOTICS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>  Defendant. | Case No. 3:24-cv-444-MCR-ZCB |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Intuitive Surgical, Inc. hereby discloses pursuant to Fed. R. Civ. P. 7.1 that Intuitive Surgical, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated this November 27, 2024.    Respectfully submitted,

*/s/ Andrew Lazerow*
Andrew Lazerow (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
T: 202-662-6000
E: alazerow@cov.com

Kenneth A. Gallo (*pro hac vice forthcoming*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
T: 202-223-7300
E: kgallo@paulweiss.com

William B. Michael (*pro hac vice forthcoming*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
T: 212-373-3000
E: wmichael@paulweiss.com