# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RESTORE ROBOTICS LLC,

                Plaintiff,

    v.

INTUITIVE SURGICAL, INC.,

                Defendant.

Civil Case No. 3:24-cv-444-MCR-ZCB

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 11.1(C), Kenneth A. Gallo hereby files this motion for leave to appear pro hac vice for the purpose of representing Defendant Intuitive Surgical, Inc. in the above-captioned case.

1. I regularly practice law in New York. I am a member in good standing of the bar of the State of New York. I am attaching my certificate of good standing from the Appellate Division of the Supreme Court of the State of New York dated December 9, 2024, hereto as **Exhibit 1**.

2. I regularly practice law in the District of Columbia. I am a member in good standing of the bar of the District of Columbia. I am attaching my certificate of good standing from the Court of Appeals of the District of Columbia dated December 9, 2024, hereto as **Exhibit 2**.

3. My Attorney Admission Tutorial confirmation number is FLND17337649222341. In addition, I hereby certify that I have completed the required CM/ECF tutorials.

Dated: Washington, DC
December 9, 2024

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: */s/ Kenneth A. Gallo*
             Kenneth A. Gallo

        2001 K Street, NW
        Washington, DC 20006-1047
        Tel.: (202) 223-7356
        Fax: (202) 204-7356
        kgallo@paulweiss.com

        *Counsel for Defendant Intuitive Surgical, Inc.*