IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RESTORE ROBOTICS LLC,

                        Plaintiff,

    v.

INTUITIVE SURGICAL, INC.,

                        Defendant.

Civil Case No. 3:24-cv-444-MCR-ZCB

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 11.1(C), William B. Michael hereby files this motion for leave to appear pro hac vice for the purpose of representing Defendant Intuitive Surgical, Inc. in the above-captioned case.

1. I regularly practice law in New York. I am a member in good standing of the bar of the State of New York. I am attaching my certificate of good standing dated December 9, 2024, hereto as **Exhibit 1**.

2. My Attorney Admission Tutorial confirmation number is FLND173375576723339. In addition, I hereby certify that I have completed the required CM/ECF tutorials.

Dated: New York, New York
December 9, 2024

        PAUL, WEISS, RIFKIND, WHARTON &
          GARRISON LLP

By: */s/ William B. Michael*
      William B. Michael

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3648
Fax: (212) 492-0648
wmichael@paulweiss.com

*Counsel for Defendant Intuitive Surgical, Inc.*

2