# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| RESTORE ROBOTICS REPAIRS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendants. | Case No. 3:24cv00444-MCR-ZCB |

## ORDER

Attorneys Kenneth A. Gallo and William B. Michael have filed Motions for Admission Pro Hac Vice, ECF Nos. 14 and 15, seeking leave to appear before this Court as counsel on behalf of Defendant. The motions demonstrate that these attorneys are members in good standing of the bar associations of their respective states, as stated on the certificates of good standing dated within 30 days of the filing of the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matter, the Court finds the requirements of the Court's local rules satisfied, *see* N.D. Fla. Loc. R. 11.1(C), and the motion is due to be granted.

Page 2 of 2

Accordingly:

1. The Motions for Admission Pro Hac Vice, ECF Nos. 14 and 15, are **GRANTED**.

2. Attorneys Kenneth A. Gallo and William B. Michael, are admitted *pro hac vice* to represent Defendant, pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** this 13th day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**