IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| RESTORE ROBOTICS REPAIRS LLC, <br><br> Plaintiff, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant. | Civil Case No. 3:24-cv-444-MCR-ZCB |

## JOINT [PROPOSED] STIPULATION TO EXTEND TIME TO FILE RULE 26(f) JOINT REPORT (ECF NO. 11)

Pursuant to Local Rule 6.1, Plaintiff Restore Robotics Repairs LLC ("Restore") and Defendant Intuitive Surgical, Inc. ("Intuitive," and with Restore, the "Parties") stipulate as follows and respectfully request that the Court endorse this stipulation with an order extending the deadline for filing the Rule 26(f) Report from December 27, 2024, to January 10, 2025:

WHEREAS, on September 18, 2024, Restore filed the Complaint initiating this litigation (ECF No. 1);

WHEREAS, the Court issued an Initial Scheduling Order on November 13, 2024 requiring the parties to confer within 30 days, as required by Rule 26(f), and file their joint report to the Court and make initial disclosures within 14 days thereafter (ECF. No. 11 at 2, 10-11);

1

WHEREAS, Intuitive filed its motion to dismiss the Complaint on December 9, 2024 (ECF No. 16);

WHEREAS, the parties conferred as required by Rule 26(f) on December 10, 2024;

WHEREAS, Restore intends to amend its complaint pursuant to Rule 15(a)(1)(B) on or before December 30, 2024;

WHEREAS, the Parties have agreed, subject to the Court's approval, to extend the deadline for filing the Rule 26(f) joint report from December 27, 2024, to January 10, 2025 to allow the parties to confer further about discovery matters after the filing of the amended complaint and confer on a schedule with respect to Intuitive's response to the amended complaint;

WHEREAS, the Parties have agreed to also extend the deadline for the exchange of Rule 26(a)(1) disclosures and propose a new deadline for that exchange in the Rule 26(f) report.

NOW THEREFORE, Restore and Intuitive respectfully request that the Court enter the proposed briefing schedule set forth in the attached Proposed Order.

Dated: December 20, 2024

By: /Jeff Berhold

Jeffrey L. Berhold (*Pro Hac Vice*)
Georgia Bar No. 054682
**JEFFREY L. BERHOLD, P.C.**
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800
jeff@berhold.com

Attorney for *Plaintiff Restore Robotics Repairs LLC*

By: /Andrew Lazerow

Bruce D. Partington
CLARK PARTINGTON
125 East Intendencia Street, 4th Floor
Pensacola, Florida 32502
T: (850) 432-1399  E: bpartington@clarkpartington.com

Kenneth A. Gallo (*Pro Hac Vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Email: kgallo@paulweiss.com

William B. Michael (*Pro Hac Vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Email: wmichael@paulweiss.com

Andrew Lazerow (*Pro Hac Vice Forthcoming*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Email: alazerow@cov.com

Attorneys for *Defendant Intuitive Surgical, Inc.*

## [PROPOSED] ORDER

**It is hereby ordered** that the time for filing the Rule 26(f) joint report shall be extended from December 27, 2024 to January 10, 2025 and that the parties shall propose a new deadline for serving Rule 26(a)(1) in the Rule 26(f) joint report.

**It is so ordered:**_____

**Dated:** _____, 2024

The Honorable M. Casey Rodgers
United States District Court Judge