IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| RESTORE ROBOTICS REPAIR LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant. | Case No. 3:24-cv-444-MCR-ZCB |

**JOINT STIPULATION ON DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT (ECF NO. 21) AND TO FILE JOINT STATUS REPORT**

Pursuant to Local Rule 6.1, Plaintiff Restore Robotics LLC ("Restore") and Defendant Intuitive Surgical, Inc. ("Intuitive," and with Restore, the "Parties") stipulate as follows and respectfully request that the Court endorse this stipulation with an order setting the deadlines around Intuitive's response to the First Amended Complaint ("FAC") and to file a Joint Status Report pursuant to Federal Rule of Civil Procedure 26(f):

WHEREAS, on September 18, 2024, Restore filed a Complaint initiating this litigation (ECF No. 1);

WHEREAS, on November 12, 2024, the Court granted the Parties' joint stipulation regarding a schedule pursuant to which Intuitive would respond to the

Complaint by December 9, 2024, and Plaintiff would respond, if at all, by January 13, 2025;

WHEREAS, on November 13, 2024, the Court entered an Initial Scheduling Order providing that modifications may be made to the Initial Scheduling Order upon consideration of the parties' joint report;

WHEREAS, on December 9, 2024, Intuitive filed a responsive pleading in the form of a Dispositive Motion to Dismiss for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, on December 23, 2024, the Court granted the Parties' joint stipulation extending the time to file a Rule 26(f) Joint Report, extending the deadline for filing the Rule 26(f) Joint Report to January 10, 2025 (including a proposed new deadline for serving Rule 26(a)(1) disclosures);

WHEREAS, on December 27, 2024, Restore filed the FAC, amending and superseding the original Complaint;

WHEREAS, the current deadline for Intuitive to file a responsive pleading to the FAC pursuant to the Federal Rules of Civil Procedure, and for the Parties to file a Rule 26(f) Joint Report pursuant to this Court's order, are both on January 10, 2025;

WHEREAS, undersigned lead counsel for Intuitive is also lead counsel for Intuitive in another matter that is scheduled for a jury trial beginning on January 6,

2025 and concluding on February 3, 2025, *Surgical Instrument Service Company, Inc.* v. *Intuitive Surgical, Inc.*, 3:21-cv-3496-AMO (N.D. Cal.);

WHEREAS, the Parties have agreed, subject to the Court's approval, to the following schedule for Intuitive to answer, move, or otherwise respond to the FAC:

| EVENT | PROPOSED DATE |
|---|---|
| Intuitive's Answer, Motion, or Response to the FAC | January 31, 2025 |
| Parties Joint 26(f) Status Report (including proposals for new dates for serving Rule 26(a)(1) and Rule 26(a)(2) disclosures and the discovery cut-off date) | January 31, 2025 |
| Plaintiff's Response to Intuitive's Answer, Motion, or Response to the FAC, if any | February 24, 2025 |

NOW THEREFORE, Restore and Intuitive respectfully request that the Court enter the proposed briefing schedule set forth in the attached Proposed Order.

3

Dated:  January 8, 2025

By: /s/ Jeffrey L. Berhold
Jeffrey L. Berhold (*Pro Hac Vice*)
Georgia Bar No. 054682
**JEFFREY L. BERHOLD, P.C.**
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800
jeff@berhold.com

Attorney for *Plaintiff Restore Robotics LLC*

By: /s/ Bruce D. Partington
Kenneth A. Gallo (*PHV Pending*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone:  (202) 223-7300
Email:  kgallo@paulweiss.com

William B. Michael (*PHV Pending*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Email: wmichael@paulweiss.com

Andrew Lazerow (*PHV Pending*)
**COVINGTON & BURLING LLP**
One City Center, 850 Tenth Street NW
Washington, DC 20001-4956
Telephone:  (202) 662-6000
Email:  alazerow@cov.com

Bruce D. Partington
Florida Bar No. 871508
 bpartington@clarkpartington.com
Trevor A. Thompson
Florida Bar No. 0068006
 tthompson@clarkpartington.com
**CLARK PARTINGTON**
125 E Intendencia Street, 4th Floor
Pensacola, FL 32502
(850) 434-9200

Attorneys for *Defendant Intuitive Surgical, Inc.*

## PROPOSED ORDER

**It is hereby ordered** that the following schedule shall apply with respect to Intuitive's answer, motion, or other response to the First Amended Complaint, and to the Parties' Joint 26(f) Report:

| EVENT | PROPOSED DATE |
|---|---|
| Intuitive's Answer, Motion, or Response to the FAC | January 31, 2025 |
| Parties Joint 26(f) Status Report (including proposals for new dates for serving Rule 26(a)(1) and Rule 26(a)(2) disclosures and the discovery cut-off date) | January 31, 2025 |
| Plaintiff's Response to Intuitive's Answer, Motion, or Response to the FAC, if any | February 24, 2025 |

**It is so ordered:**

Dated: _____, 2025

_____
The Honorable M. Casey Rodgers
United States District Court Judge