UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RESTORE ROBOTICS, LLC,

    Plaintiff,

v.

INTUITIVE SURGICAL, INC.,

    Defendant.

CASE NO. 3:24-cv-444-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   January 9, 2025

Motion/Pleadings: JOINT STIPULATION ON DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT AND TO FILE JOINT STATUS REPORT

Filed by  Plaintiff & Defendant  on  January 8, 2025  Doc. # 22

  X   Stipulated   X   Joint Pleading
       Unopposed       Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:     Patricia G. Romero

---

    On consideration, the requested relief is **GRANTED.** Defendant's deadline to respond to Plaintiffs' First Amended Complaint (ECF No. 21) is extended to January 31, 2025, and Plaintiff's deadline to file any response in opposition is extended to February 24, 2025. The parties' deadline to file the Rule 26 joint report is extended to January 31, 2025. Additionally, Defendant's Motion to Dismiss (ECF No. 16) is **DENIED** as moot. *See* ECF No. 21.

    **DONE** and **ORDERED** this 10th day of January 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**