UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RESTORE ROBOTICS REPAIRS LLC,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**CASE NO. 3:24cv444-MCR-ZCB**

**INTUITIVE SURGICAL INC,**

    **Defendant.**

_____/

**ORDER**

    Defendant Intuitive Surgical Inc. ("Intuitive") has filed a Motion to Dismiss, ECF No. 25, Plaintiff Restore Robotics Repair LLC's ("Restore Robotics") First Amended Complaint, and requests a stay of all discovery and disclosures, ECF No. 26, until the Court rules on the motion to dismiss. Intuitive asserts in its motion that the complaint suffers from incurable defects and that a stay would avoid unduly burdensome and unnecessary discovery. Restore Robotics opposes a stay, arguing there is no harm to Intuitive from allowing access to the existing database of documents already collected in prior litigation and that a stay will harm hospitals who pay higher prices for the license of Intuitive's product.

    On review, the Court finds a stay appropriate to allow for the resolution of the issues raised in the motion to dismiss before discovery continues further. The Court

also concludes that a stay will not result in harm or undue burden to Restore Robotics.

Accordingly, Intuitive's Motion to Stay, ECF No. 26, is **GRANTED**. All proceedings in the case, including discovery and disclosure deadlines, are **STAYED** until the Court rules on the pending Motion to Dismiss.

**DONE AND ORDERED** this 24th day of February 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**