UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RESTORE ROBOTICS REPAIRS LLC,

  Plaintiff,

v.

INTUITIVE SURGICAL INC,

  Defendant.

CASE NO. 3:24cv444-MCR/ZCB

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on    March 5, 2025

Motion/Pleadings: MOTION FOR LEAVE TO FILE REPLY BRIEF

Filed by Defendant    on February 25, 2025    Doc. # 30

____ Unopposed    ____ Consented    Opposed: XX

Plaintiff filed Opposition Brief on March 4, 2025    Doc. # 31

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:    Patricia G. Romero

On consideration, the motion is **GRANTED** as follows: Defendant's reply, limited to 2,000 pages in length, is due within 7 days.

**DONE and ORDERED** this 19th day of March 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**