# EXHIBIT 2



March 21, 2025

David Rosa
President
Intuitive Surgical, Inc.
1020 Kifer Road
Sunnyvale, CA 94086

Dear David:

Subject: Request for Approval Letter to Sell Remanufactured Monopolar Scissor EndoWrist Instruments

Restore Robotics is pleased to inform you and your colleagues at Intuitive Surgical that Restore Robotics' subsidiary Iconocare Health received FDA 510(k) clearance to remanufacture the Monopolar Scissor EndoWrist instruments originally manufactured by Intuitive Surgical for use with the da Vinci Xi robotic surgical system on March 11, 2025 (K242150). This clearance represents a significant milestone in our mission to provide hospitals and surgical centers with high-quality, cost-effective, and sustainable solutions for robotic-assisted surgery. By driving down the costs per procedure for hospitals, we seek to expand the number of healthcare providers and patients that can get access to the da Vinci Surgical System and the unique benefits of robotic-assisted surgery.

As part of our commitment to transparency and collaboration within the surgical robotics community, we are reaching out to you to request that Intuitive revise its User Manual and amend its Sales, License, and Service Agreements to state that your instruments are not subject to a limited license based on the number of uses and that Intuitive approves Restore Robotics to remanufacture any EndoWrist that falls under the scope of any 510(k) clearance from the FDA. In addition, we ask that you provide a letter signed by you to Restore Robotics that simply states that Intuitive approves Restore Robotics to remanufacture and sell EndoWrists in compliance with a 510(k) clearance.

Our remanufacturing program, supported by our partnership with Encore Medical Device Repair, adheres to rigorous quality and safety standards, as validated by the FDA's 510(k) clearance. We are dedicated to extending the lifecycle of these instruments, offering the performance and reliability that surgeons expect from the da Vinci Surgical System.

We would greatly appreciate your support in providing this clarification in the User Manual, along with notification to each da Vinci Surgical System user of the amendment to their contract and the written notice of approval directly to Restore Robotics.



Please feel free to contact me directly at 678-619-0011 or info@restorerobotics.net if you have any questions or concerns.

We look forward to your response and to fostering a positive and cooperative relationship with you and your team.

Thank you for your time and consideration.

Sincerely,

Clif Parker
Chief Executive Officer
Restore Robotics LLC