## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

RESTORE ROBOTICS REPAIR LLC,

Plaintiff,

v.

INTUITIVE SURGICAL, INC.,

Defendant.

Civil Case No. 3:24-cv-444-MCR-ZCB

## DEFENDANT'S RESPONSE TO
## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff's Notice of Supplemental Authority, Dkt. 40, should be stricken, and regardless fails to show why the complaint here should not be dismissed. What Plaintiff has filed is not "pertinent and significant authority," N.D. Fla. Loc. R. 7.1(J), but a party's litigation brief from another case. *See U.S.* v. *Hoggett*, 863 F.3d 1105, 1109 n.4 (9th Cir. 2017) ("A brief—amicus or otherwise—is not legal authority"); *Bartlett* v. *Société Générale de Banque au Liban SAL*, 2024 WL 5497906 at *6 n.3 (E.D.N.Y. Sept. 18, 2024) ("the amicus brief is not authority"); *U.S. ex rel. Heller* v. *Guardian Pharmacy of Atlanta, LLC*, 2023 WL 11909741, at *21 (N.D. Ga. Sept. 30, 2023) ("The Government's briefs filed in other cases are not authority at all, but rather a 'collation of legal arguments.'"); *Westchester Cnty. Indep. Party* v. *Astorino*, 137 F. Supp. 3d 586, 622 (S.D.N.Y. 2015) ("[A] party's

1

brief . . . is obviously not legal authority of any kind.").

Moreover, the amicus brief merely repeats arguments already reflected in Plaintiff's prior submission of the district court decision in *Deere*.  Dkt. 37. Plaintiff's reliance on *Deere* was misplaced for reasons Intuitive previously explained.  Dkt. 38.  In *Deere*, the FTC pled the *Kodak* "lock-in" factors that Plaintiff fails to plead here, and that is why the court there declined to dismiss.  *Id.*

Further, Plaintiff still fails to acknowledge the essential fact about the *SIS* case, where the FTC filed its amicus brief "in support of neither party":  the court there *rejected* the argument that, because the plaintiff alleged market power in the foremarket, it did not have to satisfy the lock-in factors.  *See* Dkt. 36 at 31.  A categorical holding to the contrary, which is what Plaintiff advocates, would be an unsupported departure from precedent.

Finally, Plaintiff's Notice says nothing about the multiple other independent grounds on which Intuitive moved to dismiss.  Dkt. 25.  Dismissal with prejudice remains appropriate.

Dated August 21, 2025                    Respectfully submitted,

                                         /s/ *William B. Michael*
                                         William B. Michael (*pro hac vice*)
                                         PAUL, WEISS, RIFKIND, WHARTON &
                                         GARRISON LLP
                                         1285 Avenue of the Americas
                                         New York, NY 10019
                                         T: 212-373-3000
                                         E: wmichael@paulweiss.com

                                         Kenneth A. Gallo (*pro hac vice*)
                                         PAUL, WEISS, RIFKIND, WHARTON &
                                         GARRISON LLP
                                         2001 K Street, NW
                                         Washington, DC 20006
                                         T: 202-223-7300
                                         E: kgallo@paulweiss.com

                                         Andrew Lazerow (*pro hac vice*)
                                         COVINGTON & BURLING LLP
                                         One CityCenter, 850 Tenth Street, NW
                                         Washington, DC 20001
                                         T: 202-662-6000
                                         E: alazerow@cov.com

                                         Bruce D. Partington
                                         CLARK PARTINGTON
                                         125 East Intendencia Street, 4th Floor
                                         Pensacola, Florida 32502
                                         T: (850) 432-1399
                                         E: bpartington@clarkpartington.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(J)**

Intuitive certifies that this Response to Plaintiff's Notice of Supplemental Authority complies with the word count limitation set forth in Local Rule 7.1(J) because it contains 325 words.

/s/ William B. Michael
WILLIAM B. MICHAEL